UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

EDDIE FLOYD,

    Plaintiff,

v.                              CASE NO.: 4:09cv459-SPM/WCS

TALLAHASSEE FACILITY
OPERATIONS LLC d/b/a
CONSULATE HEALTH CARE
OF TALLAHASSEE,

    Defendant.
_____/

## ORDER RESETTING TRIAL

Upon consideration of Defendant's Notice of Conflict with Trial Period (doc. 14), it is

ORDERED AND ADJUDGED: Trial is reset for Tuesday, January 18, 2011, at 8:30 a.m. at the United States Courthouse in Tallahassee, Florida.

DONE AND ORDERED this 24th day of February, 2010.

                              *s/ Stephan P. Mickle*
                              Stephan P. Mickle
                              Chief United States District Judge