UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

EDDIE FLOYD,

    Plaintiff,

v.                                     CASE NO.: 4:09cv459-SPM/WCS

TALLAHASSEE FACILITY
OPERATIONS LLC d/b/a
CONSULATE HEALTH CARE
OF TALLAHASSEE,

    Defendant.
_____/

## ORDER OF DISMISSAL

Pursuant to Plaintiff's Notice of Resolution (doc. 17) advising that this case has settled, and Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1.     This case is dismissed with prejudice.

2.     The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 12th day of May, 2010.

                            *s/ Stephan P. Mickle*
                            Stephan P. Mickle
                            Chief United States District Judge